**Davis Wright Tremaine LLP**

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

Roy P. Salins
212.603.6435 tel
212.489.8340 fax

roysalins@dwt.com

February 6, 2025

**By ECF Filing**
Honorable Margo K. Brodie
Chief Judge, United States District Court for the Eastern District of New York
225 Cadman Plaza East, Courtroom 6F
Brooklyn New York 11201

Re:   Primavera v. Rocket Financial, Inc., et al, Case No. 24 Civ. 7170

Dear Chief Judge Brodie:

      This firm represents defendants Rocket Financial, Inc. ("Rocket"), Michael Shvartsman, Igor Matrosov, and Eric Hannelius (collectively, "defendants"). We write jointly on behalf of the parties to advise the Court that the parties have come to an agreement in principle to resolve this matter. The parties are preparing a written agreement containing the material terms of the settlement, and we respectfully request that the Court adjourn the upcoming deadlines associated with defendants' anticipated motion to dismiss.

      We thank the Court for its consideration.

Respectfully submitted,

*/s/ Roy P. Salins*

Roy P. Salins